IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL QUARTUCCIO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BIMBO BAKERIES USA INC. | : | NO.   16-4606 |

## ORDER

**AND NOW, TO WIT**:  This 1st day of March, **2017**, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

BY:_____/s/ Cathy Luongo_____
     Cathy Luongo
     Deputy Clerk